Ronald J. Clark
E-mail:  ron.clark@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915

Attorneys for Travelers Property Casualty Company of America

THE HON. CANDY DALE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

ENGINEERED STRUCTURES, INC., A CORPORATION OF IDAHO, an Idaho corporation,

    Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,

    Defendant.

No.: 1:16-cv-00516-CWD

**DEFENDANT TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S NOTICE OF APPEAL**

Notice is hereby given that Defendant, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, appeals to the United States Court of Appeals for the Ninth Circuit from the judgment (Dkt. No. 47), and the Memorandum Decision and Order referenced therein (Dkt. No. 46), entered in this action on June 19, 2018.

DATED this 18 day of July, 2018.

BULLIVANT HOUSER BAILEY PC

DEFENDANT TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S NOTICE OF APPEAL — Page 1

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

By   */s/ Ronald J. Clark*
Ronald J. Clark, Idaho Bar #7564
E-mail: ron.clark@bullivant.com

Attorneys for Travelers Property Casualty
Company of America

## REPRESENTATION STATEMENT

Pursuant to Circuit Court Rule 3-2, set out below is a list of the parties in the foregoing case, along with the names, addresses, and telephone numbers of their respective attorneys.

Defendant/Appellant:

Travelers Property Casualty Company of America

Represented by:

Ronald J. Clark
Bullivant Houser Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915
E-mail: ron.clark@bullivant.com

and

Matthew S. Ponzi (admitted in Ninth Circuit)
Thomas B. Orlando (admitted in Ninth Circuit)
Foran Glennon Palandech Ponzi & Rudloff PC
222 North LaSalle Street, Suite 1400
Chicago, Illinois 60601
Telephone: 312.863.5000
Facsimile: 312.863.5099
E-mail: mponzi@fgppr.com
          torlando@fgppr.com

Plaintiff/Appellee:

Engineered Structures, Inc.

Represented by:

Tara M. Johnson
Seifer Yeats Zwierzynski & Gragg LLP
121 SW Morrison St., Ste. 1025
Portland, OR 97204
Telephone:    503.223.6740
Facsimile:    503.223.9564
E-mail:       taraj@seifer-yeats.com

# CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2018, I caused to be served the foregoing DEFENDANT TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S NOTICE OF APPEAL on the following party at the following address:

Tara M. Johnson
Seifer Yeats Zwierzynski & Gragg LLP
121 SW Morrison St., Ste. 1025
Portland, OR 97204
Telephone:   503.223.6740
Facsimile:   503.223.9564
E-mail: taraj@seifer-yeats.com

by:

☐ U.S. Postal Service, ordinary first class mail
☐ U.S. Postal Service, certified or registered mail, return receipt requested
☐ hand delivery
☒ other (specify)   ECF Service

　　　　　　　　　　　　　　　　　　　　 */s/ Ronald J. Clark*
　　　　　　　　　　　　　　　　　　　　 Ronald J. Clark, Idaho Bar #7564

CERTIFICATE OF SERVICE        Page 1        **Bullivant|Houser|Bailey PC**

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351