Dan Gragg, OSB #96066, *Pro Hac Vice*
Email: gragg@seifer-yeats.com
Tara M. Johnson, ISB #8341
Email: taraj@seifer-yeats.com
SEIFER, YEATS, ZWIERZYNSKI & GRAGG, LLP
121 SW Morrison Street, Suite 1025
Portland, OR  97204
Telephone: (503) 223-6740
Facsimile: (503) 223-9564

Attorneys for Plaintiff Engineered Structures, Inc.,
        a Corporation of Idaho

THE HON. CANDY DALE

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| ENGINEERED STRUCTURES, INC., A CORPORATION OF IDAHO, an Idaho corporation,<br><br>                    Plaintiff,<br><br>    vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                    Defendant. | Case No. 1:16-CV-00516-CWD<br><br>**ENGINEERED STRUCTURES, INC.'S NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |

Notice is hereby given that Engineered Structures, Inc. ("ESI"), Plaintiff, in the above-referenced case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from (1) the Judgment entered in this case on June 18, 2018 (Dkt. No. 47), a copy of which is attached hereto as Exhibit A; and (2) the District Court's Order granting Plaintiff's Motion for Summary Judgment in part, and denying Defendant's Motion for Summary Judgment in part entered in this case on June 18, 2018 (Dkt. No. 46) (a copy of which is attached hereto as Exhibit B) with

**ENGINEERED STRUCTURES, INC.'S NOTICE OF APPEAL AND REPRESENTATION STATEMENT**

Page 1 of 3

SEIFER, YEATS, ZWIERZYNSKI & GRAGG, LLP
121 SW MORRISON, SUITE 1025
PORTLAND, OREGON 97204
(503) 223-6740
FAX (503) 223-9564

respect to the following findings: (1) the Court's finding in favor of Travelers Property Casualty Company of America ("Travelers") on its motion for summary judgment and against ESI on its motion for summary judgment with respect to ESI's second cause of action for breach of the implied covenant of good faith and fair dealing; (2) the Court's finding in favor of Travelers on its motion for summary judgment and against ESI on its motion for summary judgment with respect to ESI's third cause of action for negligence under Idaho's UCSPA; and (3) any portion thereof containing an adverse ruling as to ESI.

Plaintiff's Representation Statement is attached to this Notice as required by Ninth Circuit Rule 3-2(b).

DATED this 18th day of July, 2018.

SEIFER, YEATS, ZWIERZYNSKI & GRAGG, LLP

  s/ Dan Gragg
Dan Gragg, OSB #960660, Pro Hac Vice
gragg@seifer-yeats.com
Of Attorneys for Engineered Structures, Inc., a Corporation of Idaho

**ENGINEERED STRUCTURES, INC.'S NOTICE OF APPEAL AND REPRESENTATION STATEMENT**

Page 2 of 3

**SEIFER, YEATS, ZWIERZYNSKI & GRAGG, LLP**
121 SW MORRISON, SUITE 1025
PORTLAND, OREGON 97204
(503) 223-6740
FAX (503) 223-9564

## REPRESENTATION STATEMENT

The undersigned represents Plaintiff-Appellant, Engineered Structures, Inc., and no other party. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Plaintiff-Appellant submits this Representation Statement. The following list identifies all parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate.

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Plaintiff-Appellant, Engineered Structures, Inc., | Dan Gragg (SBN 960660)<br>Sherri Martinelli (SBN 023829)<br>SEIFER, YEATS, ZWIERZYNSKI & GRAGG, LLP<br>121 SW Morrison St., Ste 1025<br>Portland, OR 97204<br>Phone No.: (503) 223-6740<br>Fax No.: (503) 223-9564<br>gragg@seifer-yeats.com |
| Defendant-Appellee, Travelers Property Casualty Company of America | Ronald J. Clark (SBN 880328)<br>BULLIVANT HOUSER BAILY, PC<br>888 SW 5th Ave., Suite 300<br>Portland, OR 97204<br>Phone No.: (503) 228-6351<br>Fax No.: (503) 295-0915<br>ron.clark@bullivant.com |

ENGINEERED STRUCTURES, INC.'S NOTICE OF APPEAL AND REPRESENTATION STATEMENT

Page 3 of 3

SEIFER, YEATS, ZWIERZYNSKI & GRAGG, LLP
121 SW MORRISON, SUITE 1025
PORTLAND, OREGON 97204
(503) 223-6740
FAX (503) 223-9564

# CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2018, I caused to be served the foregoing PLAINTIFF'S NOTICE OF APPEAL AND REPRESENTATION STATEMENT on the following party at the following address:

Ronald J. Clark
Bullivant Houser Bailey, PC
888 SW 5th Ave., Suite 300
Portland, OR 97204
(503) 295-0915
ron.clark@bullivant.com
*Attorney for Travelers Property Casualty Company of America*

by:

☐ U.S. Postal Service, ordinary first-class mail
☐ U.S. Postal Service, certified or registered mail, return receipt requested
☐ hand delivery
☐ email
☒ other (specify) ECF Service

SEIFER, YEATS, ZWIERZYNSKI & GRAGG, LLP

 s/ Dan Gragg
Dan Gragg, OSB #960660, Pro Hac Vice
gragg@seifer-yeats.com

CERTIFICATE OF SERVICE

Page 1 of 1

SEIFER, YEATS, ZWIERZYNSKI & GRAGG, LLP
121 SW MORRISON, SUITE 1025
PORTLAND, OREGON 97204
(503) 223-6740
FAX (503) 223-9564