UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

ENGINEERED STRUCTURES, INC., A CORPORATION OF IDAHO, an Idaho corporation,

    Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,

    Defendant.

No.: 1:16-cv-00516-CWD

**ORDER OF DISMISSAL WITH PREJUDICE**

UPON reading the fully executed Stipulation for Dismissal with Prejudice, and good cause appearing therefore;

IT IS HEREBY ORDERED that the above-entitled cause is dismissed with prejudice, with each party to bear their own attorney fees and costs.

DATED: _____, 2021.

DATED: October 12, 2021

_____
Honorable Candy W. Dale
Chief United States Magistrate Judge